DAVID KUGEL, as Receiver of the Property of LILLIAN S. SCHREIN, Respondent, v. IDA KALIK and Another, as Executors, etc., of MAX KALIK, Deceased, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [176 Misc. 49.]

LEO L. ROSENHIRSCH, Respondent, v. NEDERLANDSCH INDISCHE HANDELSBANK, N. V., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ROSETTA V. FREMBD, Respondent, v. JACOB MARX, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FRED NACHMAN, Appellant, v. NEW YORK CITY HOUSING AUTHORITY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BERNARD HAMILTON, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., dissents and votes to reverse on the ground that the verdict is against the overwhelming weight of the credible evidence.

GLADYS SCHWEBINSKI, as Administratrix de Bonis Non of the Goods, Chattels and Credits Which Were of LAWRENCE J. FORELLA, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL LOMARS and JOSEPH WEISS Alias MORRIS SEITCHICK Alias MOISHE, Appellants, Impleaded with Others, Defendants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CHARLES KENT GOULD, Appellant, v. NEW YORK LAW SCHOOL, INC., and EDMUND H. H. CADDY, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon and Untermyer, JJ.

FLORENCE SHINBAUM and JACK L. SHINBAUM, Respondents, v. ELLA M. MURPHY and Another, Defendants, Impleaded with CROSS & BROWN COMPANY, Appellant. — Judgment, so far as appealed from, affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Townley, J., dissents and votes to reverse the judgment, so far as appealed from, and dismiss the complaint, on the authority of Fritz v. Krasne (248 App. Div. 573; affd., 273 N. Y. 649).